No. 477. ATLANTIC COAST LINE RAILROAD CO. *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. C. A. 5th Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Dennis G. Lyons, Frank X. Friedmann, Jr., David M. Foster, John W. Weldon,* and *John S. Cox* for petitioner. *Allan Milledge* and *Richard L. Horn* for respondents.

No. 146. KERN ET AL. *v.* WHIRL. C. A. 5th Cir. Certiorari denied. *B. Jeff Crane, Jr.,* for Kern, and *Sam H. Hood, Jr.,* for Fidelity & Deposit Co. of Maryland, petitioners. *Charles Kipple* for respondent.

No. 187. A & S TROPICAL, INC. *v.* HIRAM WALKER, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Milton E. Grusmark* and *Natalie Baskin* for petitioner. *James C. McKay* and *George V. Allen, Jr.,* for Hiram Walker, Inc., and *George H. Salley* and *Paul D. Barns, Jr.,* for South Florida Liquor Distributors, Inc., respondents.

No. 245. DERRINGTON *v.* CITY OF PORTLAND. Sup. Ct. Ore. Certiorari denied. *Frank M. Ierulli* for petitioner. *Marian C. Rushing* for respondent.

No. 400. FOWLER ET AL. *v.* CITY OF CHARLOTTESVILLE ET AL. Corp. Ct. of Charlottesville, Va. Certiorari denied. *D. Nelson Sutton* for petitioners. *George Gilmer* for respondents.